UNITED STATES of America, Plaintiff–Appellee,

v.

Bernardo **FRANCO–GUEVARA**, also known as Ernesto Velasco–Escobar, also known as Ernesto Franco–Guevara, Defendant–Appellant.

No. 15–40198
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 30, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney'S Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender'S Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Bernardo Franco–Guevara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Franco–Guevara has filed a response and has moved for the appointment of substitute

counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Franco–Guevara's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. Franco–Guevara's motion for the appointment of substitute counsel is DENIED as untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998). The APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under